NEW JERSEY POWER AND LIGHT COMPANY, PROSECU-
TOR, v. STATE BOARD OF TAXES AND ASSESSMENT
ET AL., DEFENDANTS.

Submitted October term, 1926—Decided January 19, 1927.

On *certiorari*.

Before Justices BLACK and CAMPBELL.

For the prosecutor, *King & Vogt*.

For the state board of taxes and assessment, *Francis H.
McGee*, assistant attorney-general, and *Edward L. Katzen-
bach*, attorney-general.

For the township of Greenwich, *William P. Tallman*.

PER CURIAM.

By a writing, it is stipulated that this case and No. 209,
Eastern Pennsylvania Power Co. *v.* State Board of Taxes and
Assessment, are to be argued together in one brief; the same
question being involved in both cases.

The taxes of the prosecutor are confirmed and the judgment
of the state board of taxes and assessment is affirmed, for the
reasons stated in our opinion in that case No. 209.